B3B (Official Form 3B) (11/11) -- Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re: Boris & Tatyana Mitnik         Case No. 11 B 50328
       Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED. According to their schedules, the debtors have sufficient cash on hand to pay the filing fee in full.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50    on or before  12/30/11

$ 76.50    on or before  1/30/12

$ 76.50    on or before  2/29/12

$ 76.50    on or before  3/30/12

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____.
                                                                      (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 12/16/11                              BY THE COURT:
                                            _____
                                            United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BORIS & TATYANA MITNIK | ) | No. 11 B 50328 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

CERTIFICATE OF SERVICE

I, Lester Smith, Courtroom Deputy to the Honorable A. Benjamin Goldgar, hereby certify that on December 20, 2010, I caused to be sent by regular mail the attached Order Denying Debtor's Application for Waiver of the Chapter 7 Filing Fee dated December 16, 2011 to the parties listed below.

**Boris Mitnik and Tatyana Mitnik**
75 Lakewood Ave
Fox Lake, IL 60020

**John E Gierum**
John E Gierum
Gierum & Mantas
9700 Higgins Road
Suite 1015
Rosemont, IL 60018

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Dated: December 20, 2011

Lester Smith
Relief Courtroom Deputy

-2-